```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:08-CV-00989-LKK/DAD
                                   )
12          Plaintiff,             )   STIPULATION FOR STAY OF
                                   )   FURTHER PROCEEDINGS AND
13       v.                        )   ORDER THEREON
                                   )
14  REAL PROPERTY LOCATED AT       )
    2275 ATRISCO CIRCLE, SACRAMENTO,)
15  CALIFORNIA, SACRAMENTO COUNTY, )
    APN: 225-0883-026-0000,        )   DATE: September 2, 2008
16  INCLUDING ALL APPURTENANCES    )   TIME: 10:30 a.m.
    AND IMPROVEMENTS THERETO,      )   CHAMBERS/COURTROOM: 4
17                                 )
            Defendant.             )
18                                 )
    UNITED STATES OF AMERICA,      )   2:08-CV-00990-LKK/DAD
19                                 )
            Plaintiff,             )
20                                 )
         v.                        )
21                                 )
    REAL PROPERTY LOCATED AT       )
22  5960 14TH AVENUE, SACRAMENTO,  )
    CALIFORNIA, SACRAMENTO COUNTY, )
23  APN: 021-0051-009-0000,        )
    INCLUDING ALL APPURTENANCES    )
24  AND IMPROVEMENTS THERETO,      )
                                   )
25          Defendant.             )
                                   )
26

27

28

                                  1
```

```
 1  UNITED STATES OF AMERICA,       )   2:08-CV-00991-LKK/DAD
                                    )
 2              Plaintiff,          )
                                    )
 3       v.                         )
                                    )
 4  REAL PROPERTY LOCATED AT        )
    4201 CAMERON ROAD, CAMERON PARK,)
 5  CALIFORNIA, EL DORADO COUNTY,   )
    APN: 109-151-26-100,            )
 6  INCLUDING ALL APPURTENANCES     )
    AND IMPROVEMENTS THERETO,       )
 7              Defendant.          )
                                    )
 8  UNITED STATES OF AMERICA,       )   2:08-CV-00992-LKK/DAD
                                    )
 9              Plaintiff,          )
                                    )
10       v.                         )
                                    )
11  REAL PROPERTY LOCATED AT 2840   )
    STROLLING HILLS ROAD, CAMERON   )
12  PARK, CALIFORNIA, EL DORADO     )
    COUNTY, APN: 109-151-30-100,    )
13  INCLUDING ALL APPURTENANCES     )
    AND IMPROVEMENTS THERETO,       )
14                                  )
                Defendant.          )
15                                  )
    UNITED STATES OF AMERICA,       )   2:08-CV-00987-LKK/DAD
16                                  )
                Plaintiff,          )
17                                  )
         v.                         )
18                                  )
    REAL PROPERTY LOCATED AT 1629   )
19  CITRUS STREET, WEST SACRAMENTO, )
    CALIFORNIA, YOLO COUNTY,        )
20  APN: 014-460-16, INCLUDING      )
    ALL APPURTENANCES AND           )
21  IMPROVEMENTS THERETO,           )
                                    )
22              Defendant.          )
                                    )
23  UNITED STATES OF AMERICA,       )   2:08-CR-00212-LKK
                                    )
24              Plaintiff,          )
                                    )
25       v.                         )
                                    )
26  MIGUEL EDWARDO VASQUEZ, JR.,    )
    et al.,                         )
27                                  )
                Defendants.         )
28                                  )
```

Plaintiff United States of America and claimants/owners Miguel Vasquez, Frank Blue, Margaret Chavez-Blue, and lienholders/claimants First Mortgage Corporation (Citrus Street and Strolling Hills), IndyMac Bank, F.S.B. (Atrisco Circle), Wachovia Mortgage, F.S.B. (Cameron Road), [hereafter "Claimants"], by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings pending the outcome of a related criminal case.

1.   The above-listed claimants have each filed a claim to protect their respective interests in the real properties listed above.  Claimant Miguel Vasquez is currently a co-defendant in <u>U.S. v. Miguel Vasquez, et al.</u>, 2:08-CR-00212 LKK.  No other parties other than the parties to this stipulation have filed a claim in this forfeiture action.

2.   Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) the parties seek a stay of discovery in this case.  The United States contends that the defendant real properties were purchased with funds traceable to drug trafficking and are forfeitable under federal laws permitting the forfeiture of property involved in federal money laundering violations and drug trafficking violations.

3.   If discovery proceeds, claimants Miguel Vasquez, Frank Blue, and Margaret Chavez-Blue would be placed in the difficult position of either invoking each claimant's Fifth Amendment right against self-incrimination and losing the ability to pursue his or her claim to the defendant property, or waiving their Fifth Amendment right and submitting to a deposition and potentially

3

incriminating themselves in the pending criminal matter.  If claimants invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed.

    4.   In addition, claimants intends to depose the law enforcement officers involved in the investigation that led to the pending criminal case.  Allowing depositions of the law enforcement investigators involved in the Vasquez investigation and prosecution would adversely affect the ability of the government to properly prosecute the Vasquez case.

    5.   Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon claimants' ability to prove their claim that the defendant real property was purchased with legitimate funds.  For these reasons, the parties jointly request that this matter be stayed until the conclusion of the criminal case.

    6.   By entering into this stay, the plaintiff and lienholder claimants do not intend to waive any rights they have pursuant to Rule G(7)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to seek an interlocutory sale order if the underlying mortgage on any of the properties is in default or for other good cause shown.

Dated: August 15, 2008        McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kristin S. Door
                                    Assistant U.S. Attorney

```
 1  Dated: August 18, 2008            MOSS & LOCKE
 2
 3                              By    /s/ Bruce Locke
                                      BRUCE LOCKE
 4                                    Attorney for Claimant
                                      Miguel Vasquez
 5
 6  Dated: August 18, 2008
                                      /s/ Christopher Haydn-Myer
 7                                    CHRISTOPHER HAYDN-MYER
                                      Attorney for Claimants
 8                                    Frank Blue and
                                      Margaret Chavez-Blue
 9
10
11  Dated: August 18, 2008
                                      /s/ Christopher Haydn-Myer for
12                                    ROBERT PETERS
                                      Attorney for Claimants
13                                    Frank Blue and
                                      Margaret Chavez-Blue
14
15
16  Dated: August 15, 2008            LA FOLLETTE, JOHNSON, DE HAAS,
                                      FESLER & AMES
17
18
                                By    /s/ John R. Haluck
19                                    JOHN R. HALLUCK
                                      Attorneys for claimant
20                                    First Mortgage Corporation
21
22  Dated: August 18, 2008            ALLEN MATKINS LECK GAMBLE
                                      MALLORY & NATSIS LLP
23
24
                                By    /s/ Timothy B. McGinity
25                                    TIMOTHY B. MCGINITY
                                      Attorneys for claimant
26                                    IndyMac Bank, F.S.B.
27  ///
28  ///
```

5

```
1  Dated: August 15, 2008          PITE DUNCAN, LLP
2
3                             By   /s/ Laurel I. Handley
                                   LAUREL I. HANDLEY
4                                  Attorneys for claimant
                                   Wachovia Mortgage, F.S.B.
5
6                                  (All signatures obtained by
                                      Attorney)
7
8                                  **ORDER**
9  IT IS SO ORDERED.
10 Dated: August 19, 2008.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

6