1 BENJAMIN B. WAGNER
   United States Attorney
2 KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3 501 I Street, Suite 10-100
   Sacramento, CA 95814
4 Telephone: (916)554-2723

5 Attorneys for Plaintiff
   United States of America

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    2:08-CV-00992-LKK-DAD
                                     )
12            Plaintiff,             )    STIPULATION FOR DISMISSAL
                                     )    WITH PREJUDICE AND ORDER
13      v.                           )    CERTIFICATE OF
                                     )    REASONABLE CAUSE
14 REAL PROPERTY LOCATED AT 2840     )
   STROLLING HILLS ROAD, CAMERON     )
15 PARK, CALIFORNIA, EL DORADO       )
   COUNTY, APN: 109-151-30-100,      )
16 INCLUDING ALL APPURTENANCES       )
   AND IMPROVEMENTS THERETO,         )
17                                   )
              Defendant.             )
18 _____ )

19      Plaintiff United States of America, and claimants Miguel

20 Vasquez and First Mortgage Corporation, appearing through

21 undersigned counsel, hereby agree and stipulate as follows:

22      1.   The pending action shall be dismissed with prejudice

23 pursuant to Rule 41(a)(2) of the Federal Rules of Civil

24 Procedure.

25      2.   The parties are to bear their own costs and attorney

26 fees.

27      3.    There was probable cause for the posting of the

28 defendant real property, and for the commencement and prosecution

                         1   Stipulation for Dismissal with Prejudice
                             and Order [Proposed]; Certificate of
                             Reasonable Cause

1 of this forfeiture action, and the Court may enter a Certificate

2 of Reasonable Cause pursuant to 28 U.S.C. § 2465.

3

4 DATED: 8/31/10                          BENJAMIN B. WAGNER
                                          United States Attorney
5

6                              By:  /s/ Kristin S. Door
                                    KRISTIN S. DOOR
7                                   Assistant U.S. Attorney

8

9 DATED: 8/11/10                          /s/ Miguel Vasquez
                                          MIGUEL VASQUEZ, JR.
10                                        Claimant

11
   DATED: 8/11/10                         /s/ Bruce Locke
12                                        BRUCE LOCKE
                                          Attorney for Claimant Miguel
13                                        Vasquez, Jr.

14
                                          LA FOLLETTE, JOHNSON,
15                                        DE HAAS, FELSER & AMES

16

17
   DATED: 6/17/2010                       /s/ John R. Haluck
18                                        JOHN R. HALUCK
                                          Attorneys for First Mortgage
19                                        Corporation
                                          (Original signatures retained by
20                                        attorney)

21 IT IS SO ORDERED.

22 Dated: September 1, 2010.

23

24

25 LAWRENCE K. KARLTON
   SENIOR JUDGE
26 UNITED STATES DISTRICT COURT

27

28

                    2    Stipulation for Dismissal with Prejudice
                             and Order [Proposed]; Certificate of
                                               Reasonable Cause

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed May 6, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: September 1, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT